**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>QVC GROUP, INC., *et al.*,[1]<br><br>Debtors.<br><br>Adam Gui, *et al.*,<br><br>Appellants. | Civil Action No. 26-cv-05680<br><br>Bankruptcy Case No. 26-90447 (ARP)<br><br>(Jointly Administered) |

**NOTICE OF APPEAL**

Notice is hereby given that appellants Adam Gui, Citadel Americas LLC, Converium Capital Inc., Cygnus Opportunity Fund, LLC, Fore Capital, Highbridge Tactical Credit Institutional Fund, Ltd., Highbridge Tactical Credit Master Fund, L.P., Kenneth Grossman, Mycor L/S Credit Master Fund, LP, and New Holland Trading LLC (formerly known as Plum Island Partners LLC) (collectively, "Appellants" or the "Preferred Shareholders" of QVC Group, Inc. ("QVCG" and, together with its subsidiaries and affiliates in the above-captioned Chapter 11 Cases, the "Debtors")), pursuant to 28 U.S.C. § 158(a)(1), Rule 6 of the Federal Rules of Civil Procedure and Rules 8002(a)(1)–(2) and 8003 of the Federal Rules of Bankruptcy Procedure, appeal to the United States Court of Appeals for the Fifth Circuit this Court's *Order* [Dkt. No. 39] (the "Order")

---

[1] A complete list of each of the Debtors in these Chapter 11 cases (the "Chapter 11 Cases") may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these Chapter 11 Cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

entered on July 28, 2026, denying Appellants' emergency motion for a stay pending appeal [Dkt. No. 14], pursuant to 28 U.S.C. § 158(d) and Rules 3(a) and 6 of the Federal Rules of Appellate Procedure. A copy of the Order is attached hereto as **Exhibit A**.

The parties to this appeal, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

| **Appellants** | **Appellants' Attorneys** |
| --- | --- |
| Adam Gui<br><br>Citadel Americas LLC<br><br>Converium Capital Inc.<br><br>Cygnus Opportunity Fund, LLC<br><br>Fore Capital<br><br>Highbridge Tactical Credit Institutional Fund, Ltd.<br><br>Highbridge Tactical Credit Master Fund, L.P.<br><br>Kenneth Grossman<br><br>Mycor L/S Credit Master Fund, LP<br><br>New Holland Trading LLC (formerly known as Plum Island Partners LLC) | **GLENN AGRE BERGMAN & FUENTES LLP**<br>Andrew K. Glenn (admitted *pro hac vice*)<br>Kurt A. Mayr (admitted *pro hac vice*)<br>Agustina G. Berro (admitted *pro hac vice*)<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 970-1601<br>Email: aglenn@glennagre.com<br>kmayr@glennagre.com<br>aberro@glennagre.com<br><br>-and-<br><br>**KANE RUSSELL COLEMAN LOGAN PC**<br>Mark C. Taylor<br>Texas Bar No. 19713225<br>401 Congress Ave., Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 487-6650<br>Email: mtaylor@krcl.com |

| **Appellees** | **Appellees' Attorneys** |
|---|---|
| Debtors | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com<br><br>-and-<br><br>Chad J. Husnick, P.C. (admitted *pro hac vice*)<br>Gabriela Zamfir Hensley (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: chad.husnick@kirkland.com<br>gabriela.hensley@kirkland.com<br><br>-and-<br><br>**GRAY REED**<br>Jason S. Brookner (TX Bar No. 24033684)<br>Lydia R. Webb (TX Bar No. 24083758)<br>Emily F. Shanks (TX Bar No. 24110350)<br>1300 Post Oak Blvd.<br>Suite 2000<br>Houston, Texas 77056<br>Telephone: (713) 986-7000<br>Facsimile: (713) 986-7100<br>Email: jbrookner@grayreed.com<br>lwebb@grayreed.com<br>eshanks@grayreed.com |

Dated: July 28, 2026

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Mark C. Taylor*
Mark C. Taylor
Texas Bar No. 19713225
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 487-6650
Email: mtaylor@krcl.com

-and-

**GLENN AGRE BERGMAN & FUENTES LLP**

Andrew K. Glenn (admitted *pro hac vice*)
Kurt A. Mayr (admitted *pro hac vice*)
Agustina G. Berro (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 970-1601
Email: aglenn@glennagre.com
kmayr@glennagre.com
aberro@glennagre.com

*Counsel to the Preferred Shareholders*

**CERTIFICATE OF SERVICE**

I certify that, on July 28, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas to all parties registered to receive electronic notice in this case.

By: */s/ Mark C. Taylor*
Mark C. Taylor

**EXHIBIT A**

United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re QVC GROUP INC., | § | |
| | § | |
| Debtor. | § | |
| | § | CIVIL ACTION NO. 4:26-CV-5680 |
| | § | |
| ADAM GUI, *et al.*, | § | BANKRUPTCY CASE NO. 26-90447 |
| | § | |
| Appellants. | § | |

**ORDER**

This is a bankruptcy appeal. Pending before the Court is Appellants' amended motion for a stay pending appeal of the bankruptcy court's confirmation order.

An appeal to a federal district court from the bankruptcy court "shall be taken in the same manner as appeals in civil proceedings generally are taken to the courts of appeals from the district courts[.]" 28 U.S.C. § 158(c)(2). A stay pending appeal is "an extraordinary remedy[,]" and the burden on the party seeking it "is a substantial one[.]" *Texas v. United States*, 40 F.4th 205, 215 (5th Cir. 2022). Four factors guide the Court's exercise of its discretion in deciding whether to grant a stay pending appeal: "1) whether the applicant has made a strong showing of likelihood to succeed on the merits; 2) whether the movant will be irreparably harmed absent a stay; 3) whether issuance of a stay will substantially injure other interested parties; and 4) where the public interest lies." *Thomas v. Bryant*, 919 F.3d 298, 303 (5th Cir. 2019).

The Court has reviewed the record and the parties' thorough briefing[1] and has concluded that Appellants have failed to carry their burden. Accordingly, Appellants' amended motion for a stay pending appeal (Dkt. 14) is respectfully **DENIED**. Appellants' original motion for a stay pending appeal (Dkt. 3) is **DENIED AS MOOT**.

SIGNED at Houston, Texas on July 28, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

[1] Appellants' motion for leave to exceed the Court's word and page limits (Dkt. 15) is **GRANTED**.